IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, on behalf of themselves and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>ALAN S. ARMSTRONG, FRANK T. MACINNIS, JOSEPH R. CLEVELAND, KATHLEEN B. COOPER, JOHN A. HAGG, JUANITA H. HINSHAW, RALPH IZZO, ERIC MANDELBLATT, KEITH A. MEISTER, STEVEN W. NANCE, MURRAY D. SMITH, JANICE D. STONEY, LAURA A. SUGG, THE WILLIAMS COMPANIES, INC., ENERGY TRANSFER EQUITY L.P., ENERGY TRANSFER CORP LP, ENERGY TRANSFER CORP GP, LLC, LE GP, LLC, and ENERGY TRANSFER EQUITY GP, LLC,<br><br>        Defendants. | Case No.: 1:16-cv-00017 |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff City of Birmingham Retirement and Relief System and their counsel hereby give notice of the voluntary dismissal without prejudice of the above-captioned action against the defendants Alan S. Armstrong, Frank T. Macinnis, Joseph R. Cleveland, Kathleen B. Cooper, John A. Hagg, Juanita H. Hinshaw, Ralph Izzo, Eric Mandelblatt, Keith A. Meister, Steven W. Nance, Murray D. Smith, Janice D. Stoney, Laura A. Sugg, The Williams Companies, Inc., Energy Transfer Equity L.P., Energy Transfer Corp. LP, Energy Transfer Corp GP, LLC, LE GP, LLC and Energy Transfer Equity GP, LLC. No compensation of any form has passed directly or

indirectly from any of the defendants to the Plaintiff or Plaintiff's attorneys, and no promise to give any such compensation has been made in connection with the above-captioned action.

Dated: March 7, 2016

CHIMICLES & TIKELLIS LLP

*/s/ Tiffany J. Cramer*
Pamela S. Tikellis (Bar No. 2172)
pst@chimicles.com
A. Zachary Naylor (Bar No. 4439)
zn@chimicles.com
Tiffany J. Cramer (Bar No. 4998)
tjc@chimicles.com
222 Delaware Avenue, 11th Floor
P.O. Box 1035
Wilmington, DE 19899
Phone: (302) 656-2500
Fax: (302) 656-9053

*Of Counsel:*

**SAXENA WHITE, P.A.**
Joseph E. White, III, Esq.
Jonathan M. Stein, Esq.
Adam Warden, Esq.
5200 Town Center Circle, Suite 601
Boca Raton, FL 33486
Telephone: (561) 394-3399
Fax: (888) 458-9055

*Plaintiff's Counsel*